LAWRENCE STERN AND ROSALIND STERN, PLAINTIFFS-APPELLANTS, v. INSURANCE COMPANY OF NORTH AMERICA, DEFENDANT-RESPONDENT.

Argued March 20, 1973—Decided May 7, 1973.

*Mr. Marvin A. Sachs,* argued the cause for plaintiffs-appellants. (*Messrs. Feuerstein, Sachs & Maitlin,* attorneys; *Mr. Leonard Rosenstein,* of counsel.)

*Mr. David P. Loughran* argued the cause for defendant-respondent (*Messrs. Sutton, Ward, Sutton, Heim & O'Malley,* attorneys; *Mr. David P. Loughran,* on the brief.)

PER CURIAM. The issue in this case is whether an exclusion of a "business pursuit" in an insurance liability policy includes service as an "outside" director of a bank. The trial court and the Appellate Division found that such service was within the exclusion. We agree.

*For affirmance*—Chief Justice WEINTRAUB, Justices JACOBS, PROCTOR, HALL, MOUNTAIN and SULLIVAN, and Judge CONFORD—7.

*For reversal*—None.